BERNHEIM v. BLOCH. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Charles L. Bernheim against Godfrey Bloch. No opinion. Motion denied, with $10 costs.

BEST, Appellant, v. EASTMAN KODAK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Charles P. Best against the Eastman Kodak Company. No opinion. Judgment affirmed, with costs.

BETSINGER, Respondent, v. TOWN OF VERONA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Oscar Betsinger against the town of Verona. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

BIDDLE PURCHASING CO., Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by the Biddle Purchasing Company against Valentine P. Snyder. R. Foster, for appellant. R. S. Rounds, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BIEHN, Appellant, v. KERZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Martin J. Biehn against Elizabeth Kerz and John Kerz, impleaded, etc.
PER CURIAM. Judgment affirmed, with costs.
HOOKER, J., not voting.

BIEHN, Appellant, v. THILL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Martin J. Biehn against Nicholas E. Thill and others. No opinion. Motion denied.

BIRKETT v. NICHOLS et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Clarence T. Birkett against James E. Nichols and others. No opinion. Motion to resettle order denied, with $10 costs.

In re BIRNBAUM. (Supreme Court, Appellate Division, First Department. February 10, 1905.) In the matter of Jacob M. Birnbaum. No opinion. Motion granted.

BISHOP, Appellant, v. UNITED STATES CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Edward B. Bishop against the United States Casualty Company.

PER CURIAM. Order of affirmance amended by adding thereto the following provision: "But with leave to the plaintiff to amend the complaint within 10 days after service of copy of this order, upon payment to the defendant or his attorney of the costs in the Municipal Court and the costs of this appeal."

BLACKLEDGE, Respondent, v. PHŒNIX INS. CO. OF HARTFORD, CONN., Appellant, (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Katharine D. Blackledge against the Phœnix Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed, with costs.

BLACKWELL, Appellant, v. SHOE LASTING MACH. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Thomas M. Blackwell against the Shoe Lasting Machine Company. W. J. McCoy, for appellant. J. S. Montgomery, for respondent. No opinion. Judgment affirmed. with costs.

BLANCHARD v. ARCHER et al. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by Minnie A. Blanchard against Gordon B. Archer, Emma E. Stewart, and Laura W. Wilson, impleaded with others. No opinion. Judgment affirmed, with costs, on the authority of Blanchard v. Archer, 93 App. Div. 459, 87 N. Y. Supp. 665.

BLANSETT, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Charles T. Blansett against Walter S. Duffy. No opinion. Appeal dismissed, under general rule 39.

BLOCK, Respondent, v. NATHANSON, Appellant. (Supreme Court, Appellate Term. January 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Charles Block against Jacob Nathanson. Judgment for plaintiff, and defendant appeals. Reduced and affirmed. McKee & Frost, for appellant. Max Schleimer, for respondent.

SCOTT, J. The pleadings were oral. Defendant's plea as returned was: "General denial. Demand bill. Admit $11.40." After judgment the defendant moved, not to vacate the judgment absolutely, but to modify and reduce it to $13.40. The whole course of appellant, throughout the trial and after, seems to indicate that he admitted his indebtedness for a proportionate part of the monthly rent, for his use and occupation of the premises, and that he intended to qualify his general denial by that admission. The judgment should be reduced to $13.40, and, as reduced, affirmed, without costs. All concur.

In re BLUM. In re BUNNELL. (Supreme Court, Appellate Division, First Department. February 24, 1905.) In the matter of Benjamin Blum. In the matter of Mary T. Bunnell. E. L. Mooney, for Blum. H. W. Thomas, for Bunnell. No opinion. Order affirmed, with $10 costs and disbursements.

BLUM, Respondent, v. WHITNEY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Edwin Blum against Harry P. Whitney. P. A. Brown, for appellant. W. M. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.